UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, et al., | CASE NO. 3:14-CV-00345 |
| Plaintiffs, | JUDGE THOMAS M. ROSE |
| v. | |
| LUNDY REBAR INC., et al., | **AGREED JUDGMENT ENTRY** |
| Defendants. | |

It appears to this Court that a settlement has been reached whereby the parties consent to the following entry of judgment:

(1) It is therefore, ORDERED, ADJUDGED, AND DECREED, that Plaintiffs Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust ("Benefit Trust"), Iron Workers District Council of Southern Ohio & Vicinity Pension Trust ("Pension Trust"), and Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust ("Annuity Trust") (collectively "Trusts"), are hereby awarded judgment and shall recover from Defendants Lundy Rebar Inc., Matthew Scott Lundy, and Rhondaline Crenshaw (hereinafter referred to as "Defendants"), the sum of $98,764.28 for unpaid contributions and $2,235.46 in interest, for a grand total of ONE HUNDRED THOUSAND, NINE HUNDRED AND NINTY-NINE DOLLARS, AND SEVENTY-FOUR CENTS ($100,999.74).

(2) It is further ORDERED that Defendants shall stay current at all times with respect to current and future wage and benefit payment obligations owed to the Trusts.

(3) It is further ORDERED that if Defendants violate any of the terms of the settlement agreement executed by the parties, the Plaintiffs will be awarded judgment and the Defendant shall pay an additional $11,177.26 in liquidated damages, attorneys' fees, collection costs, and post-judgment interest to the Trusts.

(4) It is further ORDERED that if Defendants violate any of the terms of the settlement agreement executed by the parties, Defendants, including Defendant Lundy Rebar Inc.'s principal officers Matthew Scott Lundy and Rhondaline Crenshaw, shall be held in contempt of court and waive any notice.

(5) It is finally ORDERED that this matter is hereby settled and dismissed without prejudice with Defendants to pay any costs not covered by the filing fee paid in this case and this Court retains jurisdiction to enforce the settlement agreement executed by the parties.

IT IS SO ORDERED.

DATE: November 5, 2014           s/Thomas M. Rose
                                 Judge Thomas M. Rose

APPROVED:

_____
Attorney for Plaintiffs

-and-

Plaintiffs Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, Pension Trust, and Annuity Trust, by

_____ 10-31-14    _____ 11/3/14
Title: Trustee                          Title: Trustee

-and-

Defendant Lundy Rebar, Inc.

By: _____
Printed Name: Rhondaline J Crenshaw
Title: President

Defendant Matthew Scott Lundy, in his Individual Capacity

_____

Defendant Rhondaline Crenshaw, in her Individual Capacity

_____

- 3 -